AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Filed 1-25-12
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. SA-12-83M |
| MANOLIN JESUS VILLAVERDE | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __JANUARY 24, 2012__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 USC ~~46505~~ 46504 | Interference with flight crew members |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

GREGORY A. MORSE, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/25/2012

_____
Judge's signature

City and state: San Antonio, Texas

PAMELA A. MATHY, U.S. MAGISTRATE JUDGE
*Printed name and title*

20 years confinement, $250,000 Fine; 3 years supervised release; $100 mandatory special assessment

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Gregory A. Morse, having been first sworn on oath, do duly depose and state as follows:

I am a Special Agent of the Federal Bureau of Investigation and have been so employed for over twenty years. I am currently assigned to the San Antonio Division of the Federal Bureau of Investigation and serve as the Division's Airport Liaison Agent Coordinator.

This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individual or event described herein. The information contained in this affidavit is based upon my firsthand knowledge of the facts as well as information obtained through victim/witness interviews conducted by me or other law enforcement officers and a review of various records.

On 1/24/2012 at approximately 7:30 pm, I was contacted by FBI Headquarters and advised that United Airlines flight 1287 was being diverted to San Antonio International Airport due to an unruly passenger. I went to the airport, and, through interviews of the captain and flight crew, learned the following:

United Airlines flight 1287 originated from Houston Intercontinental Airport and was scheduled to land in Ontario, California. Approximately one hour into the flight, passenger Manolin Villaverde came out of the restroom smoking a cigarette. Flight Attendant (FA) Valencia Thompson told Villaverde that he was not allowed to smoke on the flight and Villaverde responded that he did not care. FA Thompson took the cigarette from Villaverde and extinguished it using some water in the restroom. FA Thompson turned around and saw Villaverde had already lit another cigarette. FA Ken Griffin then told Villaverde that he needed to put out his cigarette and sit down. While FA Griffin was interacting with Villaverde, FA Thompson telephoned Captain Russ Fedderson to advise him of the disturbance. FA Griffin grabbed Villaverde's cigarette and extinguished it and again told him to sit down. FA Thompson advised Griffin that the Captain wished to speak with him. Villaverde then attempted to push past the service cart and stated the captain wanted to speak with him. FA Griffin advised Villaverde that the Captain did not wish to speak with Villaverde, but in fact wished to speak with FA Griffin. Villaverde again stated the Captain wished to speak with him and attempted to push past the cart. At this point, FA Griffin and two passengers subdued Villaverde using flexible handcuffs. FA Thompson explained to Special Agent Morse that Villaverde disregarded her instructions, was disruptive, and interfered with her duties as a flight attendant. FA Griffin felt intimidated to the point that he felt it necessary to subdue Villaverde

When the flight was approximately 140 miles west of San Antonio, Captain Russ Fedderson decided to divert from the flight plan and land at the San Antonio International Airport due to the actions of Villaverde. The flight landed at approximately 7:10 pm.

Based upon the information set forth above, there is probable cause to believe that on or about January 24, 2012, MANDOLIN JESUS VILLAVERDE was in violation of Title 49, United States Code Section 46504 (Interference with Flight Crew members and Attendants) in that he was an individual on an aircraft in the special aircraft jurisdiction of the United States who, by intimidating a flight crew member and flight attendant of the aircraft, interfered with the performance of the duties of the member and attendant and lessened the ability of the member and attendant to perform those duties.

*Gregory L. Morse*
Gregory A. Morse
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED BEFORE ME on this day, **January, 25, 2012.**

*Pamela Mathy*
PAMELA A. MATHY
U.S. MAGISTRATE JUDGE

2