IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2012 FEB -1 AM 10: 58
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. SA-12CR0067 |
| Plaintiff, | § § | INDICTMENT |
| | § | [Vio: Count 1 - 49 U.S.C. § 46504 |
| VS. | § | (Interference With Flight Crew) |
| MANOLIN JESUS VILLAVERDE, | § § | |
| Defendant. | § § | |

**THE GRAND JURY CHARGES:**

COUNT ONE
[49 U.S.C. § 46504]

On or about January 24, 2012, within the Western District of Texas, the Defendant,

**MANOLIN JESUS VILLAVERDE,**

an individual on an aircraft in the special aircraft jurisdiction of the United States, namely United Airlines flight 1287 flying from Houston, Texas, to Ontario, California, did knowingly attempt to and did interfere with the performance of the duties of V.T. and K.G., a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member, specifically the Defendant refused to follow commands to extinguish cigarettes and then attempted to force his way past K.G. and a service cart in order to get to the cockpit area.

All in violation of Title 49, United States Code, Section 46504.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
MARK T. ROOMBERG
Assistant United States Attorney